**SO ORDERED.**

**SIGNED this 11th day of October, 2013.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

```
         IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF KANSAS

  IN RE:
   FRANK THOMAS JR PLUMBERG             CHAPTER 13
   BONNIE MAE FISKE-PLUMBERG            CASE NO.: 09-40862-13
```
_____

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS

NOW, the Trustee's Motion to Dismiss filed on July 22, 2013 in this case came on for consideration before the Court.

The Court finds:

1. HAS BEEN RESOLVED

2. The Motion to Dismiss the proceedings is now moot.

3. The Motion of the Trustee to Dismiss these proceedings should be, and is hereby denied.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that the Motion of the Trustee to Dismiss the above captioned Bankruptcy matter is denied.

                                ###
Prepared and Approved by:

 s/ - JAN HAMILTON, TRUSTEE
 P.O. Box 3527, Topeka, KS 66601
 (785) 234-1551

FG46/DB